AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Urbanski, Michael F. | 2. Court or Organization<br><br>Virginia - Western District | 3. Date of Report<br><br>05/11/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

| 7. Chambers or Office Address<br><br>210 Franklin Road, SW, Room 350<br>Roanoke, VA 24011-2208 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | _____ . - part-time (wages) |
| 2. 2017 | Gardener - self-employed (occasional) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Virginia CLE | 01/09/17-01/12/17 | Charlottesville, VA | National Trial Advocacy College (teaching/mock trial judging) | Meals, Lodging |
| 2. | William and Mary Law School | 02/17/2017-02/19/17 | Williamsburg, VA | Moot court competition (judging) | Meals |
| 3. | Virginia CLE | 12/7/17 | Staunton, VA | CLE Seminar (teaching) | Mileage |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbanski, Michael F. | 05/11/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbanski, Michael F. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Wells Fargo Bank (accounts) | A | Interest | M | T | | | | | |
| 2. Parkway Acquisition Corp. PKKW:US - Common Stock | A | Dividend | K | T | | | | | |
| 3. MetLife Policyholder Trust | A | Dividend | J | T | | | | | |
| 4. Brighthouse Financial BHFC | | None | J | T | Spinoff (from line 3) | 08/04/17 | J | | |
| 5. Real Estate/ Carroll Co., VA | | None | L | S | | | | | |
| 6. Northwestern Mutual - Ordinary Life | B | Dividend | K | T | | | | | |
| 7. Northwestern Mutual - Custom CompLife | B | Dividend | L | T | | | | | |
| 8. Northwestern Mutual - Term to Age 65 | B | Dividend | K | T | | | | | |
| 9. Northwestern Mutual - Whole Life | B | Dividend | K | T | | | | | |
| 10. AXA Group IRA Equivest 100 Series (variable annuity) (H) | | | | | | | | | |
| 11. AXA Equitable IRA/Multimanager Aggressive Equity Fund | B | Dividend | J | T | | | | | |
| 12. Trust #1 (H) | | | | | | | | | |
| 13. USAA Subscriber's Account | A | Distribution | J | T | | | | | |
| 14. USAA Life Ins. Co. Annuity (fixed) | D | Interest | N | T | | | | | |
| 15. USAA Life Ins. Co. Annuity (fixed) | A | Interest | J | T | | | | | |
| 16. USAA Life Ins. Co. Annuity (fixed) | A | Interest | K | T | Sold (part) | 07/28/17 | J | B | |
| 17. 1st Advantage Federal Credit Union - Accounts | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbanski, Michael F. | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American General Life Insurance - Whole Life | A | Interest | J | T | | | | | |
| 19. Wells Fargo Advisors Cash Account | A | Interest | J | T | | | | | |
| 20. Invesco High Yield Mun. Fd CL Y (ACTDX) | B | Dividend | K | T | | | | | |
| 21. API Funds, API Multi-Asset Income Fund (APIIX) | B | Dividend | K | T | | | | | |
| 22. Invt Mngrs Ctr Coast Ins (CCCNX) | A | Distribution | | | Sold | 06/26/17 | J | | |
| 23. Delaware Grp Global & Intl Funds (DEMIX) | A | Dividend | K | T | Buy | 01/05/17 | K | | |
| 24. Dodge & Cox Income Fund (DODIX) | A | Dividend | J | T | Buy | 03/27/17 | J | | |
| 25. Federated Equity Funds, Strt Flu Instl (SVAIX) | B | Dividend | K | T | Sold (part) | 01/03/17 | J | A | |
| 26. | | | | | Sold (part) | 03/27/17 | J | A | |
| 27. | | | | | Sold (part) | 12/08/17 | J | A | |
| 28. Janus Invt Fd. Henderson Global Equity Income CL I (HFQIX) | B | Dividend | K | T | Sold (part) | 01/03/17 | J | | |
| 29. | | | | | Sold (part) | 03/27/17 | J | | |
| 30. | | | | | Sold (part) | 09/25/17 | J | | |
| 31. Legg Mason Clrbrdg Agg 1 (SAGYX) | A | Dividend | K | T | Sold (part) | 01/04/17 | J | A | |
| 32. | | | | | Sold (part) | 03/27/17 | J | A | |
| 33. | | | | | Sold (part) | 12/08/17 | J | A | |
| 34. T. Rowe Price Real Estate Fund (TRREX) | A | Dividend | J | T | Sold (part) | 01/04/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Touchstone Mid Cap Inst. (TMCPX) | A | Dividend | K | T | Sold (part) | 01/03/17 | J | B | |
| 36. | | | | | Sold (part) | 03/27/17 | J | A | |
| 37. | | | | | Sold (part) | 09/25/17 | J | B | |
| 38. | | | | | Sold (part) | 12/08/17 | J | B | |
| 39. Undiscovered Mgrs Beh Value I (UBVLX) | A | Dividend | K | T | Sold (part) | 03/27/17 | J | A | |
| 40. Trust #1 - CUNA Mutual Members Variable Annuity (H) | | | | | | | | | |
| 41. Ultra Series Fund Large Cap Growth | | None | J | T | | | | | |
| 42. Ultra Series Fund Large Cap Value | | None | J | T | | | | | |
| 43. Ultra Series Fund Diversified Income | | None | J | T | | | | | |
| 44. Vanguard VIF Money Market | | None | K | T | | | | | |
| 45. CUNA 1-Year Guaranteed Return | C | Interest | M | T | | | | | |
| 46. CUNA 7-Year Guaranteed Return | B | Interest | K | T | | | | | |
| 47. Ultra Series Fund Mid Cap | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbanski, Michael F. | 05/11/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 5: One-half interest in real estate in Carroll County, Virginia. The assessed value of the entire parcel is $163,300.

Part VII, line 8: This policy includes a cash value.

Part VII, lines 10 and 11: The full name of this variable annuity is now listed as a header on line 10, with the underlying investment listed on line 11; collectively, these entries correspond with line 7 of the 2016 report.

Part VII, lines 21, 25, and 28: Name changes; see 2016, lines 35, 20, and 36, respectively.

Part VII, lines 41-47: Income on the assets held in the CUNA Mutual Members Variable Annuity (apart from the fixed portion at lines 45 and 46) is not reported by CUNA Mutual.

Part VII, lines 45 and 46: These items are now listed separately and by proper names to more fully identify the holdings; collectively, these entries correspond with line 25 of the 2016 report.

| Name of Person Reporting | Date of Report |
|---|---|
| Urbanski, Michael F. | 05/11/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael F. Urbanski**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544